UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NATHANIEL FRANKLIN,

                    Petitioner,

   -against-

WILLIAM PHILLIPS, Superintendent,
Green Heaven Correctional Facility,

                    Respondent.
------------------------------------------------------------X

JUDGMENT
05-CV-0329 (JG)

FILED
IN CLERKS OFFICE
U.S. DISTRICT COURT ED. N.Y.
★ AUG 3 1 2005 ★
P.M. _____
TIME A.M. _____

A Memorandum and Order of Honorable John Gleeson, United States District Judge, having been filed on August 29, 2005, denying the petition for a writ of habeas corpus; and ordering that no Certificate of Appealability shall issue; it is

ORDERED and ADJUDGED that petitioner take nothing of the respondent; that the petition for a writ of habeas corpus is denied; and that no Certificate of Appealability shall issue.

Dated: Brooklyn, New York
       August 31, 2005

Robert C. Heinemann
Clerk of Court

By:   s/Terry Vaughn
      Terry Vaughn
      Chief Deputy Clerk
      for Operations